<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 09-6464**

————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

CRYSTAL DAWN WEMMERING,

              Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:04-cr-00347-F-3)

————————

Submitted:  June 1, 2010            Decided:  June 4, 2010

————————

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Deborrah Lynn Newton, Raleigh, North Carolina, for Appellant. Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Dawn Wemmering appeals the district court's order denying her motions for recusal and for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Wemmering</u>, No. 5:04-cr-00347-F-3 (E.D.N.C. Feb. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>